```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GARY TRUONG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-421 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO |
| v. ) | APRIL 13, 2012, AT 9:00 A.M. |
| GARY TRUONG, ) | Date: March 2, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 2, 2012, at 9:00 a.m., and reset it for April 13, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through April 13, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

1  defendant's request for a continuance outweigh the best interest of the
2  public and the defendant in a speedy trial, and that this is an
3  appropriate exclusion of time for defense preparation within the
4  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

5  Dated: February 29, 2012            Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M. Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys GARY TRUONG


11 Dated: February 29, 2012            BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Jason Hitt
                                       _____
                                       JASON HITT
                                       Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2