```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GARY TRUONG
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 09-421 GEB
                                 )
12              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  TO CONTINUE STATUS CONFERENCE TO
13       v.                      )  JUNE 8, 2012, AT 9:00 A.M.
                                 )
14  GARY TRUONG,                 )  Date:  May 18, 2012
                                 )  Time:  9:00 a.m.
15                               )  Judge: Garland E. Burrell, Jr.
                Defendant.       )
16                               )
                                 )
17  _____ )
```

18        THE PARTIES STIPULATE, through their respective attorneys, that

19   the Court should vacate the status conference scheduled for May 18,

20   2012, at 9:00 a.m., and reset it for June 8, 2012, at 9:00 a.m.

21        Counsel for defendant requires further time to review discovery,

22   to confer with client, and to prepare.

23        The parties further stipulate that the Court should exclude the

24   period from the date of this order through June 8, 2012, when it

25   computes the time within which the trial of the above criminal

26   prosecution must commence for purposes of the Speedy Trial Act.  The

27   parties stipulate that the ends of justice served by granting

28                                    1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 16, 2012                     Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys GARY TRUONG

Dated: May 16, 2012                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M. Petrik for Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2