DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GARY TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY TRUONG, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 09-421 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO AUGUST 3, 2012, AT 9:00 A.M. <br><br> Date:  July 20, 2012 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for July 20, 2012, at 9:00 a.m., and reset it for August 3, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through August 3, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 18, 2012                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys GARY TRUONG

Dated: July 18, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M. Petrik for Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge