1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   GARY TRUONG

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 09-421 GEB
                                   )
12              Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE TO
13      v.                         )  OCTOBER 12, 2012, AT 9:00 A.M.
                                   )
14  GARY TRUONG,                   )  Date:  September 28, 2012
                                   )  Time:  9:00 a.m.
15                                 )  Judge: Garland E. Burrell, Jr.
                Defendant.         )
16                                 )
    _____ )
17

18      THE PARTIES STIPULATE, through their respective attorneys, that

19  the Court should vacate the status conference scheduled for September

20  28, 2012, at 9:00 a.m., and reset it for October 12, 2012, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery,

22  to confer with client, and to prepare.

23      The parties further stipulate that the Court should exclude the

24  period from the date of this order through October 12, 2012, when it

25  computes the time within which the trial of the above criminal

26  prosecution must commence for purposes of the Speedy Trial Act.  The

27  parties stipulate that the ends of justice served by granting

28                                  1

1  defendant's request for a continuance outweigh the best interest of the

2  public and the defendant in a speedy trial, and that this is an

3  appropriate exclusion of time for defense preparation within the

4  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

5  Dated: September 26, 2012          Respectfully submitted,

6                                     DANIEL BRODERICK
                                       Federal Defender
7
                                       /s/ M. Petrik
8                                      _____
                                       MICHAEL PETRIK, Jr.
9                                      Assistant Federal Defender
                                       Attorneys GARY TRUONG
10

11  Dated: September 26, 2012          BENJAMIN B. WAGNER
                                       United States Attorney
12
                                       /s/ M. Petrik for Jason Hitt
13                                     _____
                                       JASON HITT
14                                     Assistant U.S. Attorney

15

16                          **ORDER**

17      **IT IS SO ORDERED.**  The Court orders time excluded from the date of

18  this order through the status conference on October 12, 2012, pursuant

19  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The Court

20  finds that the ends of justice served by granting defendant's request

21  for a continuance outweigh the best interest of the public and the

22  defendant in a speedy trial.

23  Dated:  September 26, 2012

24

25                                     _____
                                       GARLAND E. BURRELL, JR.
26                                     Senior United States District Judge

27

28                                     2