```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GARY TRUONG
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09-421 GEB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO |
| v. | ) | NOVEMBER 30, 2012, AT 9:00 A.M. |
| GARY TRUONG, | ) ) | Date: November 16, 2012 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for November 16, 2012, at 9:00 a.m., and reset it for November 30, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through November 30, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

1  parties stipulate that the ends of justice served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and the defendant in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

6  Dated: November 15, 2012          Respectfully submitted,

7                                    DANIEL BRODERICK
                                     Federal Defender
8
                                     /s/ M. Petrik
9
                                     _____
10                                   MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
11                                   Attorneys GARY TRUONG

12 Dated: November 15, 2012          BENJAMIN B. WAGNER
                                     United States Attorney
13
                                     /s/ M. Petrik for Jason Hitt
14
                                     _____
15                                   JASON HITT
                                     Assistant U.S. Attorney
16

17                                **ORDER**

18     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on November 30, 2012, pursuant
20 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The Court
21 finds that the ends of justice served by granting defendant's request
22 for a continuance outweigh the best interest of the public and the
23 defendant in a speedy trial.

24 Dated:  November 15, 2012

25
26                                   _____
                                     GARLAND E. BURRELL, JR.
27                                   Senior United States District Judge

28
                                       2