```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GARY TRUONG
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 09-421 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE TO |
| v. | ) DECEMBER 21, 2012, AT 9:00 A.M. |
| GARY TRUONG, | ) Date: December 7, 2012<br>) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for December 7, 2012, at 9:00 a.m., and reset it for December 21, 2012, at 9:00 a.m.

Counsel for the defense has received a plea agreement and requires further time to review and to confer with Mr. Truong. Counsel for the defense has difficulty conferring with Mr. Truong because the United States Marshal houses him in Butte County Jail.

The parties further stipulate that the Court should exclude the period from the date of this order through December 21, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

1  parties stipulate that the ends of justice served by granting
2  defendant's request for a continuance outweigh the best interest of the
3  public and the defendant in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).
6  Dated: December 5, 2012                Respectfully submitted,
7                                         DANIEL BRODERICK
                                          Federal Defender
8
                                          /s/ M.Petrik
9                                         _____
10                                        MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender
                                          Attorneys GARY TRUONG
11
12 Dated: December 5, 2012                BENJAMIN B. WAGNER
                                          United States Attorney
13
                                          /s/ M.Petrik for Jason Hitt
14                                        _____
                                          JASON HITT
15                                        Assistant U.S. Attorney
16
17                                    **ORDER**
18     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on December 21, 2012, pursuant
20 to 18 U.S.C. § 3161(h)(7) (Local Code T4).  The Court finds that the
21 ends of justice served by granting defendant's request for a
22 continuance outweigh the best interest of the public and the defendant
23 in a speedy trial.
24 Dated:  December 5, 2012
25
26                                    _____
                                      GARLAND E. BURRELL, JR.
27                                    Senior United States District Judge
28
                                          2