UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Garland E. Burrell, Jr. | **Gary TRUONG** |
| Senior United States District Judge | **Docket Number:  2:09CR00421-02** |
| Sacramento, California | **PERMISSION TO TRAVEL** |
| | **OUTSIDE THE COUNTRY** |


Your Honor:

Mr. Gary Truong is requesting permission to travel to Hong Kong.  Probation Officer Tiffani Dyke, who is supervising Mr. Truong in the Northern District of California, has advised he is current with all supervision obligations, has maintained employment, and is enrolled in business classes.  Officer Dyke recommends approval be granted.

**Conviction and Sentencing Date:**   On March 29, 2013, Mr. Truong was sentenced in the Eastern District of California for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Manufacture at Least 100 Marijuana Plants (CLASS B FELONY).

**Sentence Imposed:**  60 months custody of the Bureau of Prisons; 60 month Term of Supervised Release; Mandatory drug testing; Firearms restrictions; DNA collection; and a $100 special assessment.

**Dates and Mode of Travel:**  Mr. Truong will fly to Hong Kong on November 30, 2015, returning December 14, 2015.

**Purpose:**  Mr. Truong and his cousin, Victor Lu, are traveling to Hong Kong to visit family and attend a family wedding.

RE:   Gary TRUONG
      Docket Number:  2:09CR00421-02
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

/s/Julie A. Fowler

**JULIE A. FOWLER**
United States Probation Officer

Dated:   October 19, 2015
         Roseville, California
         /jaf

/s/ Michael A. Sipe

**REVIEWED BY:**   **MICHAEL A. SIPE**
Supervising United States Probation Officer

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

**Dated:  October 20, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2