UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California | **RE:  Gary Truong**<br>**Docket Number:  0972 2:09CR00421-002**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Gary Truong is requesting permission to travel to Hong Kong and Vietnam.  The supervisee is being supervised by the Northern District of California.  USPO Tiffani Dyke states that the supervisee is current with all supervision obligations, has remained working since his release from custody, and lives with his parents and helps to support them.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On 03/29/2013, Gary Truong was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Manufacture at Least 100 Marijuana Plants.

**Sentence Imposed:**    60 months BOP; 60 months TSR; $100 special assessment; mandatory testing; Not possess firearms.  Special Conditions:  1) Submit to search; 2) Financial disclosure; 3) No new credit; 4) Correctional treatment program; 5) Abstain from alcohol; 6) Aftercare copayment; 7) Drug registration.

**Dates and Mode of Travel:**  November 20, 2016 to December 16, 2016.  He will be traveling by himself by air (China Airline).

**Purpose:**  Visitation with family.  He will be staying in a hotel.

1

**RE:**     **Gary Truong**
        **Docket Number: 0972 2:09CR00421-002**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/George A. Vidales
**GEORGE A. VIDALES**
**Supervising United States Probation Officer**

Dated:   August 17, 2016
        Sacramento, California

/s/Glenn P. Simon for
**REVIEWED BY:**    **MATTHEW M. FAUBERT**
                    **ADC United States Probation Officer**

---

## ORDER OF THE COURT

☒    Approved     ☐    Disapproved

**Dated: August 18, 2016**

GARLAND E. BURRELL, JR.
Senior United States District Judge

**Date**

2