# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
Senior United States District Judge
Sacramento, California

**RE:  Gary  Truong**
**Docket Number:  0972 2:09CR00421-002**
**<u>PERMISSION TO TRAVEL</u>**
**<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

Gary  Truong  is requesting permission to travel to Cabo San Lucas, Baja California Sur, Mexico.  Gary  Truong  is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 29, 2013, Gary  Truong  was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Manufacture at Least 100 Marijuana Plants (Class B Felony).

**Sentence Imposed:**  60 months custody of the Bureau of Prisons; a 60-month term of Supervised Release; Mandatory drug testing; No firearms; DNA collection; and a $100 Special Assessment.

**Dates and Mode of Travel:**  September 14, 2017 to September 17, 2017.  He plans to travel internationally via airline.

**Purpose:**  Mr. Truong is requesting to travel to Cabo San Lucas, Baja California Sur, Mexico, for vacation with his family.  The offender is in compliance with all other conditions of supervision and his special assessment is paid in full.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:**   **Gary  Truong**
       **Docket Number:  0972 2:09CR00421-002**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,


/s/ George A. Vidales
George A. Vidales
Supervising United States Probation Officer


Dated:   August 28, 2017
       Sacramento, California
       GAV/sg



**REVIEWED BY:** _____ **for** _____
               **Jack C. Roberson**
               **Deputy Chief United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

      ☒ Approved   ☐ Disapproved


**Dated:  September 6, 2017**



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge


2